# UNITED STATES DISTRICT COURT
## Northern District of Ohio

Thomas E. Lorenz )
Defendant )
)
) VS.    Case No. 5:17-CR-00493-JG(3)
United States )
Plaintiff )

### MOTION FOR RELIEF PERSUANT TO SENTENCING REFORM ACT OF 2018 (SRA)

FILED
2:07 pm Feb 19 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

Comes now, Thomas E. Lorenz, pro se, ex parte to this court to request an Order to the Bureau of Prisons (BOP) requiring the BOP to provide an immediate recalculation of additional 'good time' days per the SRA of 2018.

Background:

1. The Defendant is currently incarcerated at FSL Elkton in Lisbon, Ohio serving an 18 month sentence.

2. The Defendant is a model inmate with no disciplinary issues.

3. The Sentencing Reform Act of 2018 (SRA) provides for an additional 7 days per year of 'good time' for inmates with no disciplinary issues.

4. The Sentencing Reform Act (SRA) was passed into law in December 2018.

5. For reasons unknown, the SRA does not require the BOP to recalculate 'good time' for 210 days from its date of passing into law in 2018. This means that any inmate due to be released to community confinement during the 210 days do not get the credit for the additional 'good time' by the BOP. This violates the intent of the SRA and discriminates against inmates released during the 210 day period.

6. Defendant Lorenz is due an additional 9 days of 'good time' per the SRA.

7. Defendant Lorenz is scheduled for release to community confinement during the 210 day period, therefore the additional 9 days of 'good time', allowed by law, will be lost.

8. By denying this 'good time', the BOP is delaying release of the Defendant therefore causing irreparable harm and violation of Lorenz' due process. See: US v. Walker, Case No. 3:10-CR-00298, United States District Court - Oregon. February 7, 2019.

TO CONCLUDE, this Defendant prays that this Court orders and compels the Bureau of Prisons to immediately recalculate the 'good time' credit pursuant to the Sentencing Reform Act of 2018 and account for the additional 9 days to be reflected on the Defendant's revised release date.

RESPECTFULLY SUBMITTED, this 15 day of February, 2019, by

*Thomas E. Lorenz*
Thomas E Lorenz, 65246-060
FSL ELKTON
P.O. Box 10
LISBON, OHIO 44432

CERTIFICATE OF SERVICE

I hereby certify a copy of the Motion for Relief has been mailed from legal mail services, by US mail, Elkton FCI on February 15, 2019 to the United States Attorney, 801 W. Superior Ave., Cleveland, Ohio 44113-1830.

By Defendant,

*Thomas E. Lorenz*

Thomas E. Lorenz, 65246-060
Federal Satellite Low Elkton
P.O. Box 10
Lisbon, OH 44432